IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DELORES WESTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07-CV-88-WDS |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on defendant's motion for summary judgment.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated March 10, 2008, judgment is entered in favor of the defendant, **WAL-MART STORES, INC.,** and against the plaintiff, **DELORES WESTON**. Each party shall bear its own costs.

**DATED** this 10th day of March, 2008.

**NORBERT G. JAWORSKI, CLERK**

**BY:** *s/Sandy Pannier*
**Deputy Clerk**

**APPROVED:**

*s/WILLIAM D. STIEHL*
**U. S. District Judge**